

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00029-CV

**AUTOBUSES ZAVALA PLUS**,
Appellant

v.

Maria Torres **MARTINEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI02517
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's brief was due September 20, 2018. Appellee has filed a motion for extension of time, requesting an additional thirty days in which to file appellee's brief. We GRANT appellee's motion. Appellee's brief is due on or before October 20, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court